UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| HEATHER AND ADAM RODGER, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 16-cv-468-AJ |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### UNITED STATES' MOTION TO STRIKE
### AFFIDAVITS OF HEATHER RODGER AND JACK GOLDBERG (DNs 9-1, 9-2)

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the District of New Hampshire, Defendant United States of America moves this Court to strike the Affidavits of Heather Rodger and Jack Goldberg, M.D., submitted in support of Plaintiffs' Objection to the United States' Motion to Dismiss.  DN 9.  Because the affidavits constitute material outside of the pleadings, they are not appropriate in the consideration of the United States' pending motion to dismiss for failure to state a claim under Fed. R. Civ. P. 12(b)(6).  In addition, the Affidavits are immaterial to the issue of whether Plaintiffs timely filed their claim.

In support of this Motion, the United States refers the Court to the attached memorandum of law and the record of this litigation.

Therefore, the United States requests that this Court strike the Affidavits of Heather Rodger (DN 9-1) and Jack Goldberg, M.D. (DN 9-2).

Respectfully submitted,

EMILY GRAY RICE
United States Attorney

Dated:  January 27, 2017            By:  /s/ Robert J. Rabuck
                                    Robert J. Rabuck
                                    Assistant U.S. Attorney
                                    NH Bar No. 2087
                                    53 Pleasant Street, 4th Floor
                                    Concord, NH 03301
                                    603-225-1552
                                    rob.rabuck@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this 27th day of January, 2017, a copy of the above Motion to Strike was served via the ECF System on Holly B. Haines, Esq. and Nicholas E. Abramson, Esq., counsel for Plaintiffs.

/s/ Robert J. Rabuck
Robert J. Rabuck, AUSA